**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
O'HALLORAN ET AL.                   |
                                    |
           Plaintiffs,              |
                                    |   NOTICE OF ASSIGNMENT
                                    |
           -V-                      |   07-cv-06974(WCC)(GAY)
                                    |
LOUIS PUBLIC COMP. LTD. ET AL.      |
                                    |
           Defendants.              |
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

                    HON. WILLIAM C. CONNER

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.

                                    J. Michael McMahon, CLERK

                              by: _____
                                  Johnny Martinez - Deputy Clerk

DATE: 8/29/07


DESIGNATED TO MAGISTRATE JUDGE: GEORGE A. YANTHIS.

CC:  Attorneys of Record
WP ASSIGNMENT FORM

*DOCUMENT ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED:*